An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

FELTON L. MATTHEWS, JR.,
Petitioner,
vs.
RENEE BAKER, WARDEN,
Respondent.

No. 69207

**FILED**

DEC 17 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK



### ORDER DENYING PETITION

This is a pro se "petition for extraordinary writ of habeas corpus." Petitioner challenges the validity of the judgment of conviction and sentence and claims that a conspiracy exists preventing him from full access to Nevada courts. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. Accordingly, we

ORDER the petition DENIED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:  Felton L. Matthews, Jr.
     Attorney General/Carson City

SUPREME COURT
OF
NEVADA

(O) 1947A

15-38664